Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Begin Date: | 10-12-2008 | Check #: | 001410159 |
| Pay End Date: | 10-25-2008 | Check Date: | 11-03-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 1596.75 | 15520.41 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 40.00 | 388.80 |
| PersonalDy | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.50 | 753.30 | 1715.00 | 16700.18 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.70 | 1035.41 |
| MEDICARE | 10.92 | 242.15 |
| Loc w/hold | 5.75 | 63.25 |
| Federal | 4.18 | 126.22 |
| CO SWT | 4.00 | 100.00 |
| Total: | 71.55 | 1567.03 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 71.55 | .00 | 681.75 |
| YTD: | 16700.18 | 16700.18 | 1567.03 | 311.04 | 14822.11 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 001410159 | 681.75 |
| Total: | | 681.75 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Group: | G53 | Business Unit: | STDBU |
| Pay Begin Date: | 09-28-2008 | Check #: | 001363667 |
| Pay End Date: | 10-11-2008 | Check Date: | 10-20-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 1519.25 | 14767.11 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 40.00 | 388.80 |
| PersonalDy | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.50 | 753.30 | 1637.50 | 15946.88 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.71 | 988.71 |
| MEDICARE | 10.92 | 231.23 |
| Federal | 4.18 | 122.04 |
| CO SWT | 4.00 | 96.00 |
| Loc w/hold | .00 | 57.50 |
| Total: | 65.81 | 1495.48 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 65.81 | .00 | 687.49 |
| YTD: | 15946.88 | 15946.88 | 1495.48 | 311.04 | 14140.36 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 001363667 | 687.49 |
| Total: | | 687.49 |

Pay Group: G33 | Unit: STDRH
Check #: 001332100
Pay Begin Date: 09-14-2008
Check Date: 10-06-2008
Pay End Date: 09-27-2008

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 1441.75 | 14013.81 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 40.00 | 388.80 |
| PersonalDy | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.50 | 753.30 | 1560.00 | 15193.58 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.70 | 942.00 |
| MEDICARE | 10.93 | 220.31 |
| Loc w/hold | 5.75 | 57.50 |
| Federal | 4.18 | 117.86 |
| CO SWT | 4.00 | 92.00 |
| Total: | 71.56 | 1429.67 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 71.56 | .00 | 681.74 |
| YTD: | 15193.58 | 15193.58 | 1429.67 | 311.04 | 13452.87 |

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 001332100 | 681.74 |
| Total: | | 681.74 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Group: | [illegible] | Business Unit: | [illegible] |
| Pay Begin Date: | 08-31-2008 | Check #: | 001295397 |
| Pay End Date: | 09-13-2008 | Check Date: | 09-22-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 69.75 | 677.97 | 1364.25 | 13260.51 |
| Holiday | 8.00 | 77.76 | 40.00 | 388.80 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| PersonalDy | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.75 | 755.73 | 1482.50 | 14440.28 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.86 | 895.30 |
| MEDICARE | 10.95 | 209.38 |
| Federal | 4.42 | 113.68 |
| CO SWT | 4.00 | 88.00 |
| Loc w/hold | .00 | 51.75 |
| Total: | 66.23 | 1358.11 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 755.73 | 755.73 | 66.23 | .00 | 689.50 |
| YTD: | 14440.28 | 14440.28 | 1358.11 | 311.04 | 12771.13 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 001295397 | 689.50 |
| Total: | | 689.50 |



Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Pay Group: G33
Pay Begin Date: 08-17-2008
Pay End Date: 08-30-2008

Business Unit: STDBU
Check #: 001261940
Check Date: 09-08-2008

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

**TAX DATA:**

| | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.25 | 750.87 | 1294.50 | 12582.54 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 32.00 | 311.04 |
| PersonalDy | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.25 | 750.87 | 1404.75 | 13684.55 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.55 | 848.44 |
| MEDICARE | 10.89 | 198.43 |
| Loc w/hold | 5.75 | 51.75 |
| CO SWT | 4.00 | 84.00 |
| Federal | 3.93 | 109.26 |
| Total: | 71.12 | 1291.88 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 750.87 | 750.87 | 71.12 | .00 | 679.75 |
| YTD: | 13684.55 | 13684.55 | 1291.88 | 311.04 | 12081.63 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| Check# | | |
|---|---|---|
| | 001261940 | 679.75 |
| Total: | | 679.75 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

Pay Group: G33
Pay Begin Date: 08-03-2008
Pay End Date: 08-16-2008
Check #: 001225422
Check Date: 08-25-2008

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 1217.25 | 11831.67 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 32.00 | 311.04 |
| PersonalDy | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.50 | 753.30 | 1327.50 | 12933.68 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.71 | 801.89 |
| MEDICARE | 10.92 | 187.54 |
| Federal | 4.18 | 105.33 |
| CO SWT | 4.00 | 80.00 |
| Loc w/hold | .00 | 46.00 |
| Total: | 65.81 | 1220.76 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 65.81 | .00 | 687.49 |
| YTD: | 12933.68 | 12933.68 | 1220.76 | 311.04 | 11401.88 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| Check# | 001225422 | 687.49 |
|---|---|---|
| Total: | | 687.49 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Group: | G33 | Business Unit: | STDBU |
| Pay Begin Date: | 07-20-2008 | Check #: | 021341164 |
| Pay End Date: | 08-02-2008 | Check Date: | 08-11-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 69.75 | 677.97 | 1139.75 | 11078.37 |
| PersonalDy | 8.00 | 77.76 | 32.00 | 311.04 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 32.00 | 311.04 |
| Total: | 77.75 | 755.73 | 1250.00 | 12180.38 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.85 | 755.18 |
| MEDICARE | 10.96 | 176.62 |
| Loc w/hold | 5.75 | 46.00 |
| Federal | 4.42 | 101.15 |
| CO SWT | 4.00 | 76.00 |
| Total: | 71.98 | 1154.95 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 755.73 | 755.73 | 71.98 | .00 | 683.75 |
| YTD: | 12180.38 | 12180.38 | 1154.95 | 311.04 | 10714.39 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021341164 | 683.75 |
| Total: | | 683.75 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | |
|---|---|
| Pay Group: | G33 |
| Pay Begin Date: | 07-06-2008 |
| Pay End Date: | 07-19-2008 |
| Business Unit: | STDBU |
| Check #: | 021307807 |
| Check Date: | 07-28-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

| | |
|---|---|
| Employee ID: | 91004495729 |
| Department: | 07303000 |
| Location: | 07303 |
| Pay Rate: | 9.72 |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 1070.00 | 10400.40 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 32.00 | 311.04 |
| PersonalDy | .00 | .00 | 24.00 | 233.28 |
| Total: | 77.50 | 753.30 | 1172.25 | 11424.65 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.71 | 708.33 |
| MEDICARE | 10.93 | 165.66 |
| Federal | 4.18 | 96.73 |
| CO SWT | 4.00 | 72.00 |
| Loc w/hold | .00 | 40.25 |
| Total: | 65.82 | 1082.97 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 65.82 | .00 | 687.48 |
| YTD: | 11424.65 | 11424.65 | 1082.97 | 311.04 | 10030.64 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021307807 | 687.48 |
| Total: | | 687.48 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

Pay Group: G33
Pay Begin Date: 06-22-2008
Pay End Date: 07-05-2008
Business Unit: STDBU
Check #: 021283929
Check Date: 07-14-2008

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 70.00 | 680.40 | 992.50 | 9647.10 |
| Holiday | 8.00 | 77.76 | 32.00 | 311.04 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| PersonalDy | .00 | .00 | 24.00 | 233.28 |
| Total: | 78.00 | 758.16 | 1094.75 | 10671.35 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 47.00 | 661.62 |
| MEDICARE | 10.99 | 154.73 |
| Loc w/hold | 5.75 | 40.25 |
| Federal | 4.66 | 92.55 |
| CO SWT | 4.00 | 68.00 |
| Total: | 72.40 | 1017.15 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 758.16 | 758.16 | 72.40 | .00 | 685.76 |
| YTD: | 10671.35 | 10671.35 | 1017.15 | 311.04 | 9343.16 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021283929 | 685.76 |
| Total: | | 685.76 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Group: | G33 | Business Unit: | STDBU |
| Pay Begin Date: | 07-06-2008 | Check #: | 021307807 |
| Pay End Date: | 07-19-2008 | Check Date: | 07-28-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 1070.00 | 10400.40 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 32.00 | 311.04 |
| PersonalDy | .00 | .00 | 24.00 | 233.28 |
| Total: | 77.50 | 753.30 | 1172.25 | 11424.65 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.71 | 708.33 |
| MEDICARE | 10.93 | 165.66 |
| Federal | 4.18 | 96.73 |
| CO SWT | 4.00 | 72.00 |
| Loc w/hold | .00 | 40.25 |
| Total: | 65.82 | 1082.97 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 65.82 | .00 | 687.48 |
| YTD: | 11424.65 | 11424.65 | 1082.97 | 311.04 | 10030.64 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021307807 | 687.48 |
| Total: | | 687.48 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Group: | G33 | Business Unit: | 05085 |
| Pay Begin Date: | 06-08-2008 | Check #: | 021248562 |
| Pay End Date: | 06-21-2008 | Check Date: | 06-30-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 69.75 | 677.97 | 922.50 | 8966.70 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 24.00 | 233.28 |
| PersonalDy | .00 | .00 | 24.00 | 233.28 |
| Total: | 69.75 | 677.97 | 1016.75 | 9913.19 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 42.04 | 614.62 |
| MEDICARE | 9.83 | 143.74 |
| Federal | .00 | 87.89 |
| CO SWT | .00 | 64.00 |
| Loc w/hold | .00 | 34.50 |
| Total: | 51.87 | 944.75 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 677.97 | 677.97 | 51.87 | .00 | 626.10 |
| YTD: | 9913.19 | 9913.19 | 944.75 | 311.04 | 8657.40 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021248562 | 626.10 |
| Total: | | 626.10 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

Pay Group: 633 Business Unit: STORE
Pay Begin Date: 05-25-2008 Check #: 021219939
Pay End Date: 06-07-2008 Check Date: 06-16-2008

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 69.75 | 677.97 | 852.75 | 8288.73 |
| Holiday | 8.00 | 77.76 | 24.00 | 233.28 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| PersonalDy | .00 | .00 | 24.00 | 233.28 |
| Total: | 77.75 | 755.73 | 947.00 | 9235.22 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.85 | 572.58 |
| MEDICARE | 10.96 | 133.91 |
| Federal | 4.42 | 87.89 |
| CO SWT | 4.00 | 64.00 |
| Loc w/hold | .00 | 34.50 |
| Total: | 66.23 | 892.88 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 755.73 | 755.73 | 66.23 | .00 | 689.50 |
| YTD: | 9235.22 | 9235.22 | 892.88 | 311.04 | 8031.30 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
***

**NET PAY DISTRIBUTION**

| Check# | 021219939 | 689.50 |
|---|---|---|
| Total: | | 689.50 |

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | | | |
|---|---|---|---|
| Pay Group: | [illegible] | Business Unit: | STDBU |
| Pay Begin Date: | 05-11-2008 | Check #: | 021187390 |
| Pay End Date: | 05-24-2008 | Check Date: | 06-02-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 77.50 | 753.30 | 783.00 | 7610.76 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Vacation | .00 | .00 | 40.00 | 388.80 |
| Holiday | .00 | .00 | 16.00 | 155.52 |
| PersonalDy | .00 | .00 | 24.00 | 233.28 |
| Total: | 77.50 | 753.30 | 869.25 | 8479.49 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 46.71 | 525.73 |
| MEDICARE | 10.92 | 122.95 |
| Loc w/hold | 5.75 | 34.50 |
| Federal | 4.18 | 83.47 |
| CO SWT | 4.00 | 60.00 |
| Total: | 71.56 | 826.65 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | .00 | 311.04 |
| Total: | .00 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 753.30 | 753.30 | 71.56 | .00 | 681.74 |
| YTD: | 8479.49 | 8479.49 | 826.65 | 311.04 | 7341.80 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
*** KMART RIGHT HERE. RIGHT NOW.

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021187390 | 681.74 |
| Total: | | 681.74 |

Pd cash jr

Kmart Corporation
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

| | |
|---|---|
| Pay Group: | [illegible] |
| Pay Begin Date: | 04-27-2008 |
| Pay End Date: | 05-10-2008 |
| Business Unit: | [illegible] |
| Check #: | 021158761 |
| Check Date: | 05-19-2008 |

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

**HOURS AND EARNINGS**

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 54.25 | 527.31 | 705.50 | 6857.46 |
| Vacation | 40.00 | 388.80 | 40.00 | 388.80 |
| PersonalDy | 16.00 | 155.52 | 24.00 | 233.28 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Holiday | .00 | .00 | 16.00 | 155.52 |
| Total: | 110.25 | 1071.63 | 791.75 | 7726.19 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 66.44 | 479.02 |
| Federal | 36.01 | 79.29 |
| CO SWT | 19.00 | 56.00 |
| MEDICARE | 15.54 | 112.03 |
| Loc w/hold | .00 | 28.75 |
| Total: | 136.99 | 755.09 |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Emergency | 311.04 | 311.04 |
| Total: | 311.04 | 311.04 |

**SPECIAL INFORMATION**

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1071.63 | 1071.63 | 136.99 | 311.04 | 623.60 |
| YTD: | 7726.19 | 7726.19 | 755.09 | 311.04 | 6660.06 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
*** KMART RIGHT HERE. RIGHT NOW.

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Check# | 021158761 | 623.60 |
| Total: | | 623.60 |





KMART MANAGEMENT CORPORATION
4742 Hugh Howell Road
Tucker,Georgia 30084

Pay Group: G33 | Business Unit: [illegible]
Pay Begin Date: 04-13-2008 | Check #: 021126379
Pay End Date: 04-26-2008 | Check Date: 05-05-2008

JAMES N MASON
342 S. DALE CT.
DENVER CO 80219

Employee ID: 91004495729
Department: 07303000
Location: 07303
Pay Rate: 9.72

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | M | M |
| Allowances: | 0003 | 0003 |
| Addl. Pct.: | 0.00 | 0.00 |
| Addl. Amt.: | 0.00 | 0.00 |

HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Reg Ern | 54.50 | 529.74 | 651.25 | 6330.15 |
| Overtime | .00 | .00 | 6.25 | 91.13 |
| Holiday | .00 | .00 | 16.00 | 155.52 |
| PersonalDy | .00 | .00 | 8.00 | 77.76 |
| Total: | 54.50 | 529.74 | 681.50 | 6654.56 |

TAXES

| Description | Current | YTD |
|---|---|---|
| Soc Sec | 32.84 | 412.58 |
| MEDICARE | 7.68 | 96.49 |
| Loc w/hold | 5.75 | 28.75 |
| Federal | .00 | 43.28 |
| CO SWT | .00 | 37.00 |
| Total: | 46.27 | 618.10 |

BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | .00 | .00 |

SPECIAL INFORMATION

| Description | Earned | Taken |
|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 529.74 | 529.74 | 46.27 | .00 | 483.47 |
| YTD: | 6654.56 | 6654.56 | 618.10 | .00 | 6036.46 |

*** DIRECT DEPOSIT CAN SAVE YOU TIME AND MONEY.
*** SIGN UP TODAY THROUGH ASSOCIATE ONLINE
*** SERVICES.
***
*** KMART RIGHT HERE. RIGHT NOW.

NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Check# | 021126379 | 483.47 |
| Total: | | 483.47 |