UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )       Bankruptcy Case No.
                                      )            08-28161
James N Mason                         )            Chapter 7
(Debtor)                              )
xxx-xx-3251                           )

## Notice of Change of Address

Attorney for Debtor(s)

**Michael Jude**

**JudeLaw**

**Bank of the West Building**
**6565 East Evans Ave**
**Denver, CO  80224**

(303) 757-5833

Dated: 2/10/09                   _____
                                            (signature)


(Attorneys are required to be duly qualified and admitted to practice before this court)